UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Grace,                                                              Civ. No. 21-1684 (PAM/JFD)

          Petitioner,

v.                                                                                              **ORDER**

B. Birkholz and Michael Carvajal,

          Respondents.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty dated August 23, 2021. (Docket No. 8.) The R&R recommends that Petitioner James Grace's Petition for habeas-corpus relief be dismissed without prejudice for failure to prosecute. No party objected to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 8) is **ADOPTED**; and

2. The Petition (Docket No. 1) is **DISMISSED without prejudice** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Tuesday, September 21, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge